**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROSS MORTGAGE,<br><br>    Plaintiff,<br><br>  v.<br><br>SABIR AL-MANSUR,<br><br>    Defendant.<br>_____/ | No. C -12-04681-EDL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Plaintiff has filed a "Notice of Related Actions and Suggestion for Assignment" in this case based on its belief that this case is related to three earlier cases heard by Judge Gonzales-Rogers and that judicial economy and efficiency would be served by transferring this case to Judge Gonzales-Rogers. See Dkt. # 5. However, Plaintiff apparently did not file an Administrative Motion to Consider Whether Cases Should be Related in the earliest-filed action, as required by Local Rule 3-12(b). Therefore, to facilitate Judge Gonzales-Rogers' consideration of whether this case should be related to the earlier-filed actions, this Court sua sponte refers this case for a determination of whether the cases are related pursuant to Local Rule 3-12(c).

IT IS SO ORDERED.

Dated: September 12, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge