United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GROSS MORTGAGE CORPORATION,

Plaintiff,

vs.

SABIR JAMIL AL-MANSUR,

Defendant.

Case No.: 12-cv-04681-EDL

**DETERMINATION THAT ACTIONS ARE NOT RELATED PURSUANT TO CIV. L.R. 3-12(C)**

This Court has been asked to consider whether this action pending before Judge Elizabeth D. Laporte should be related to earlier-filed actions assigned the undersigned. (Dkt. No. 8.) Plaintiff in this action filed a "Notice of Related Actions and Suggestion for Assignment." (Dkt. No. 5 ("Notice of Related Actions").) As the Notice of Related Actions states, Case Nos. 12-01102, 12-03508, and 12-4122 were assigned to Judge Gonzalez Rogers. However, in each of these cases, the Court issued a remand order based on a lack of subject matter jurisdiction and those cases are closed. Under Civ. L.R. 3-12(a) & (b), the undersigned has no "action which is . . . pending in this District" that "concern[s] substantially the same parties, property, transaction, or event" as the above-referenced action. While the Court presided over certain actions, those actions are now all closed, and the Court does not believe that there will be an undue burden or duplication of labor or expense such that the matters should be related. For these reasons, the Court **DECLINES** reassignment of the above-referenced action based on this Court's prior, now-closed cases.

**IT IS SO ORDERED.**

Dated: September 17, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**