# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| GROSS MORTGAGE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SABIR JAMIL AL-MANSUR, also known, as RONALD M. POOLE, DOES 1 thru 10,<br><br>　　　　Defendants. | Case No:  C 12-04681 SBA<br><br>**ORDER**<br><br>Docket 37 |

　　　　On October 24, 2012, the Court issued an Order remanding this case to the Superior Court of California, County of Alameda.  Dkt. 32.  On November 5, 2012, Defendant Sabir Al-Mansur ("Defendant") filed a motion to recuse or disqualify the undersigned from presiding over this action.  Dkt. 37.  However, because the instant action has been remanded, Defendant's motion is DENIED as MOOT.  This Order terminates Docket 37.

　　　　IT IS SO ORDERED.

Dated: 8/26/2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge